UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:08CR00392ERW (DDN) |
| ) | |
| NICOLE WILGA, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before the Court on the motion to amend conditions of bond (Doc. #54) by Defendant Nicole Wilga, to permit travel to co-defendant William Bench's sister's home in the Western District of Missouri during August 8-10, 2008. The pretrial services office and U.S. Attorney's office have no objection.

Accordingly,

Defendant's motion for travel to the Western District of Missouri from August 8-10, 2008 shall be granted subject to the following conditions:

1. Defendant shall provide the address, telephone number and any other contact information requested to her pretrial services officer prior to leaving the district; and

2. Defendant shall abide by such other additional conditions as shall be set by the pretrial services office.

So ordered this 7th day of August, 2008.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE